## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Geraldine M. McGuire, Joseph J. McGuire,

      Plaintiffs,

vs.

Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Pfizer, Inc., Pharmacia & Upjohn Company, LLC, a/k/a Pharmacia & Upjohn LLC, a/k/a Pharmacia & Upjohn Company, Inc., Greenstone, Ltd.,

      Defendants.

Civil No. 08-2228 (RHK/RLE)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 16, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge